

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-20-00027-CV

**CELTIC INSURANCE COMPANY**, Superior Healthplan, Inc., and Cenpatico d/b/a Integrated
Mental Health Services,
Appellants

v.

Rochelle **CARDONA**,
Appellee

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-CI-11194
Honorable Mary Lou Alvarez, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE WATKINS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the judgment of the trial court is
AFFIRMED. Costs of the appeal are taxed against Appellants Celtic Insurance Company,
Superior Healthplan, Inc., and Cenpatico d/b/a Integrated Mental Health Services.

SIGNED September 16, 2020.

_____
Rebeca C. Martinez, Justice